UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**GEORGE L. RUSSELL, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

February 12, 2018

MEMORANDUM TO COUNSEL RE:   <u>Robert A. Casero, Jr., et al. v. Chicago Title Insurance Company, et al.</u>
Civil Action No. GLR-17-2165

Dear Counsel:

Pending before the Court is Defendants Chicago Title Insurance Company and Fidelity National Title Group, Inc.'s Motion for Reconsideration or Clarification of Order Requiring Participation in a Mediation Pending in GLR-16-2426 (ECF No. 17). For the following reasons, the Court will grant Defendants' Motion.

On February 7, 2018, the Court issued an Order granting Plaintiffs Robert A. Casero, Jr. and Catherine Mary Hattenburg's Motion to Require Defendants to Participate in Mediation. (ECF No. 15). On February 8, 2018, Defendants filed the instant Motion. (ECF No. 17). On February 12, 2018, the Court issued an Order denying Plaintiffs' Motion for New Trial or to Alter or Amend Judgment Pursuant to FRCP 59 and 60 and affirming the Court's previous ruling that Defendants have no duty to defend Plaintiffs in the underlying suit, <u>John S. McNulty, et al. v. Robert A. Casero, Jr., et al.</u>, GLR-16-2426 (the "Underlying Suit"). (ECF No. 19). In light of this ruling, the Court will not require Defendants to participate in a mediation in the Underlying Suit.

Accordingly, Defendants' Motion for Reconsideration or Clarification of Order Requiring Participation in a Mediation Pending in GLR-16-2426 (ECF No. 17) is GRANTED. The Court's February 7, 2018 Order (ECF No. 15) is VACATED. Defendants are not required to participate in a mediation in the Underlying Suit. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge